**Jon M. Egan**, OSB 002467
Jegan@eganlegalteam.com
Jon M. Egan, PC
547 Fifth Street
Lake Oswego, OR 97034-3009
Telephone: (503) 697-3427
Fax: (866) 311-5629
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CLAYTON MARSHALL,**<br><br>            Plaintiff,<br><br>vs.<br><br>**R.L.K. AND COMPANY**, an Oregon corporation d/b/a Timberline Lodge, Timberline Ski Area, Timberline Property Management, Summit Chevron, and Mt. Hood Brewing Company at Tilikum Station,<br><br>            Defendant. | Case No. 3:20-cv-01157-JR<br><br>STIPULATED DISMISSAL |

   Per Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby file this stipulation of dismissal

with prejudice and without costs or fees to any party.

DATED this 4th day of November, 2021

| FARLEIGH WADA WITT | JON M. EGAN, P.C. |
|---|---|
| *s/ Trish A. Walsh* by Jon M. Egan per email approval 11/4/2021 | *s/ Jon M. Egan* |
| Trish A. Walsh, OSB # 101604<br>Attorney for R.L.K. and Company | JON M. EGAN, OSB # 002467<br>Attorney for Plaintiff |